| | |
|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES**<br>**REMOVALS (RULE 5 & 5.1)** | **FILED IN OPEN COURT**<br>DATE: 3/14/16 @ 11:06 |
| | TAPE: FTR   TIME IN COURT: 8 mins |
| **MAGISTRATE CATHERINE M. SALINAS** | ANGELA SMITH DEPUTY CLERK |

CASE NUMBER 1:16-mj-195-3    DEFENDANT'S NAME Phillip Brown

AUSA Ryan Buchanan    DEFENDANT'S ATTY Steve Sadow

USPO _____    Type Counsel (circle) (Retained)  CJA  FDP

_____ Interpreter

\_\_\_\_ Initial appearance hearing held.
\_\_\_\_ Defendant informed of rights.
\_\_\_\_ ORDER appointing Federal Defender Program attorney for defendant.
\_\_\_\_ ORDER appointing _____ attorney for defendant.
\_\_\_\_ ORDER defendant shall pay attorney's fees as follows: _____

\_\_\_\_ Defendant WAIVES removal hearing (as to identity only). _____ WAIVER FILED.
\_\_\_\_ Defendant WAIVES preliminary hearing (___ In this district only). _____ WAIVER FILED.
\_\_\_\_ Removal hearing set/reset/cont to _____ @ _____
\_\_\_\_ Removal hearing HELD. _____ Probable Cause found. Defendant held for removal.
\_\_\_\_ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
\_\_\_\_ Defendant ordered removed to other district.
\_\_\_\_ Commitment issued _____

### BOND/PRETRIAL DETENTION HEARING

\_\_\_\_ Government motion for detention filed. Hearing set for _____ @ _____
✓ BOND/PRETRIAL DETENTION HEARING HELD _____ Requested in charging district.
✓ Government's motion for detention _____ GRANTED  ✓ DENIED
\_\_\_\_ Pretrial detention ORDERED. (Written order to follow _____).
✓ BOND SET at $ 10,000.00
   ✓ NON-SURETY
   ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
   ___ Combination: _____
✓ SPECIAL CONDITIONS: _____

✓ BOND FILED. Defendant RELEASED.
\_\_\_\_ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
\_\_\_\_ SEE PAGE 2